```
ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HOPE A. SMITH,<br><br>  Defendant. | Case No. 1:25-po-00291-SAB<br><br>[Citation #E1835786 CA/86]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00291-SAB [Citation #E1835786 CA/86] against HOPE A. SMITH, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 4, 2025                    Respectfully submitted,

                                           ERIC GRANT
                                           United States Attorney

                                    By:    /s/ *Joshua B. Banister*
                                           JOSHUA B. BANISTER
                                           Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00291-SAB [Citation #E1835786 CA/86] against HOPE A. SMITH is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge